

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00704-CV

### IN THE MATTER OF J.G.M., A CHILD

On Appeal from the
138th District Court of Cameron County, Texas
Trial Cause No. 2013-DJV-0429-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be affirmed.  The Court

orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged

against appellant.

We further order this decision certified below for observance.

January 8, 2015